IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL M. KALTMAYER,

Plaintiff,

v.

No. 17-cv-1314 JPG/DGW

FRANK BOMMARITO BUICK GMC,
INC, *d/b/a* Bommarito Audi West County

Defendant.

# **MEMORANDUM AND ORDER**

This matter comes before the Court on the stipulation of dismissal (doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: October 10, 2018

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE